UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 5:24-cv-01979-SVW-PD | Date | September 20, 2024 |
| Title | *Errol Stewart Tierney et al. v. State of California et al.* | | |

Present: The Honorable  STEPHEN V. WILSON, U.S. DISTRICT JUDGE

Paul M. Cruz                                                                                         N/A

Attorneys Present for Government:                         Attorneys Present for Defendant:

N/A                                                                                                   N/A

**Proceedings:**    ORDER DENYING PLAINTIFFS' REQUEST FOR TEMPORARY RESTRAINING ORDER [4] AND DISMISSING PLAINTIFFS' CLAIMS.

Before the Court is Plaintiffs request for a temporary restraining order. ECF No. 4. Upon review of Plaintiffs' request, the Court finds that it is incomprehensible, implausible, and does not state clearly that there is a need for immediate relief. The Court therefore denies Plaintiffs' request.

Further, "federal courts are without power to entertain claims otherwise within their jurisdiction if they are 'so attenuated and unsubstantial as to be absolutely devoid of merit.'" *Hagans v. Lavine*, 415 U.S. 528, 536-37 (1974); *see also Apple v. Glenn*, 183 F.3d 477, 479 (6th Cir. 1999) ("[A] district court may, at any time, *sua sponte* dismiss a complaint for lack of subject matter jurisdiction pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure when the allegations of a complaint are totally implausible, attenuated, unsubstantial, frivolous, devoid of merit, or no longer open to discussion."). Here, Plaintiffs' claims are incomprehensible and "absolutely devoid of merit," and therefore the Court will dismiss them. *See Hagans*, 415 U.S. at 536-37.

In sum, the Court DENIES Plaintiffs' motion for a temporary restraining order. The Court also DISMISSES Plaintiffs' claims in full. Plaintiffs' claims are dismissed WITH PREJUDICE.

|  |  :  |
|---|---|
| Initials of Preparer | PMC |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 5:24-cv-01979-SVW-PD | Date | September 20, 2024 |
|---|---|---|---|
| Title | *Errol Stewart Tierney et al. v. State of California et al.* | | |

**IT IS SO ORDERED.**

|  | : |
|---|---|
| Initials of Preparer | PMC |